221 So.2d 121

### Terrance MARINSHAW

v.

### STATE.

### 4 Div. 669.

Court of Appeals of Alabama.

Oct. 8, 1968.

Rehearing Denied Feb. 11, 1969.

Geo. W. Dean, Jr., Destin, Fla., for appellant.

MacDonald Gallion, Atty. Gen., for the State.

PRICE, Presiding Judge.

Affirmed.

Certiorari dismissed by Supreme Court, 221 So.2d 121 (4 Div. 357).

221 So.2d 404

### Frank J. PIAZZOLA

v.

### STATE.

### 4 Div. 670.

Court of Appeals of Alabama.

Oct. 8, 1968.

Rehearing Denied Feb. 11, 1969.

George W. Dean, Jr., Destin, Fla., for appellant.

MacDonald Gallion, Atty. Gen., and Richard F. Calhoun, Asst. Atty. Gen., for the State.

PRICE, Presiding Judge.

Affirmed.

Certiorari dismissed by Supreme Court, Piazzola v. State, 284 Ala. 39, 221 So.2d 404.